UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

RODERICK WOODS,

                Plaintiff,

- against -

CARSON SMITHFIELD, LLC,

                Defendant.

Docket No. 1:16-cv-03771-CBA-VMS

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 15 2017 ★
BROOKLYN OFFICE

### DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' February 7, 2017 Stipulation of Dismissal, all claims asserted in Civil Action No: 1:16-cv-03771-CBA-VMS, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** __13__ **day of** __February__ **, 2017.**

                                              /s/ *Carol Bagley Amon*
                                              HONORABLE CAROL BAGLEY AMON
                                              UNITED STATES DISTRICT JUDGE